UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-cr-86-T-17SPF

QUINTON HOUSTON

## ORDER OF FORFEITURE

The defendant pleaded guilty to count one of the Indictment, conspiracy to possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B) and (b)(1)(C). The United States has established that the defendant obtained $3,600.00 in proceeds as a result of the offense.

The United States moves under 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of an order of forfeiture in the amount of $3,600.00, which upon entry shall be a final order of forfeiture as to the defendant. The motion is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of $3,600.00.

The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the

CASE NO. 8:19-CR-86-T-17 SPF

defendant's property up to the $3,600.00 order of forfeiture. The court retains jurisdiction to entertain any third-party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any substitute asset.

ORDERED in Tampa, Florida, on OCTOBER 22nd, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and
Counsel of record

2